Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 10-0387 JLS WMC |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT AUDAY SHAMOON, individually and d/b/a GIANT PIZZA KING |
| vs. | |
| Auday Shamoon, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants AUDAY SHAMOON, individually and d/b/a GIANT PIZZA KING, that the above-entitled action is hereby dismissed **with prejudice** against AUDAY SHAMOON, individually and d/b/a GIANT PIZZA KING and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

PROPOSED ORDER
CV 10-0387 JLS WMC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

DATED: July 12, 2010

*Janis L. Sammartino*
**The Honorable Janis L. Sammartino**
**United States District Court**
**Southern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 14, 2010, I served:

**[Proposed] ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANT AUDAY SHAMOON, individually and d/b/a GIANT PIZZA KING**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Edward F. Barbat, Esquire (Attorneys for Defendant)
LAW OFFICE OF EDWARD F. BARBAT
1804 Garnet Avenue, #152
San Diego, CA 92109

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 14, 2010, at South Pasadena, California.

Dated: May 14, 2010

INESA MAMIDJANYAN

PROPOSED ORDER
CV 10-0387 JLS WMC
PAGE 3